MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
ELLIOT T. ANDERSON
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   ferrariom@gtlaw.com
             miltenbergerc@gtlaw.com
             andersonel@gtlaw.com

*Attorneys for Jon Isaac*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAF, INC., | CASE NO.:  2:22-cv-1073-ART-VCF |
| Plaintiff, | **STIPULATION AND [Proposed]** |
| v. | **ORDER RE: ACCEPTANCE OF SERVICE, SETTING RESPONSE DEADLINE, AND WITHDRAWING MOTIONS AS MOOT (ECF NOS. 9, 11, 12, 13)** |
| JOHN ISAAC, A/K/A JON ISAAC, | |
| Defendant. | |

Pursuant to LR IA 6-2 and 7-1, Defendant John Isaac a/k/a Jon Isaac ("Isaac") and Plaintiff MAF, Inc. ("MAF"), by and through their respective counsel, hereby agree and stipulate, subject to the Court's approval, to the following:

1.  Isaac, by and through his counsel, hereby accepts service of the Summons and Complaint in this matter effective as of the date of this stipulation;

2.  Isaac's response to the Complaint shall be due September 12, 2022;

3.  Isaac's Motion to Dismiss Pursuant to FRCP 12(b)(5) [ECF No. 9] is WITHDRAWN as MOOT;

ACTIVE 681710736v1

4.  Isaac's Motion to Stay Discovery [ECF No. 11] is WITHDRAWN as MOOT;

5.  MAF's Motions for Substituted Service of Process and Order Shortening Time [ECF Nos. 12 and 13] are WITHDRAWN as MOOT; and

6.  The deadline for the parties to submit a Rule 26(f) Discovery Plan and Scheduling Order shall be triggered by the filing of Isaac's response to the Complaint on September 12, 2022, making such a Discovery Plan and Scheduling Order due on or before October 12, 2022.

**IT IS SO STIPULATED.**

DATED this 29th day of August, 2022.

By: */s/ Christopher R. Miltenberger*
Mark E. Ferrario, Esq.
Nevada Bar. No. 1625
Christopher R. Miltenberger, Esq.
Nevada Bar No. 10153
Elliot T. Anderson, Esq.
Nevada Bar No. 14025
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Jon Isaac*

DATED this 29th day of August, 2022.

By: */s/ Chad R. Fears*
Chad R. Fears, Esq.
Nevada Bar No. 6970
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

James Bookhout, Esq.
*Admitted pro hac vice*
DLA PIPER LLP (US)
1900 North Pearl Street, Suite 2220
Dallas, TX 7201

*Attorneys for MAF, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated**: 8-30-2022

ACTIVE 681710736v1