**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MAF, INC.,

        Plaintiff(s),

v.

JOHN ISAAC, A/K/A JON ISAAC,

        Defendant(s).

2:22-cv-01073-ART-VCF

**ORDER**

Before the Court are the motion to withdraw as attorney (ECF No. 27) and the stipulation and order to stay of proceedings, continue case deadlines, and to extend discovery (ECF NOs. 28 and 29).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on are the motion to withdraw as attorney (ECF No. 27) and the stipulation and order to stay of proceedings, continue case deadlines, and to extend discovery (ECF NOs. 28 and 29), is scheduled for 10:00 AM, April 3, 2023, in Courtroom 3D.

DATED this 10th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE