1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE DISTRICT OF NEVADA**

10

MAF, INC., a Georgia Corporation,

**Case No.  2:22-cv-01073-ART-VCF**

11

Plaintiff,

**ORDER GRANTING**

12

vs.

13

JOHN ISAAC a/k/a JON ISAAC, an individual,

**STIPULATION SETTING
BRIEFING SCHEDULE ON
MOTION FOR SUMMARY
JUDGMENT**

14
15

Defendant.

16

JOHN ISAAC, A/K/A JON ISAAC,

**(Third Request)**

17

Counterclaimant,

18

v.

19

MAF, INC.,

20
21

Counter-Defendant.

22
23

Pursuant to Local Rules LR IA 6-1, LR IA 6-2, LR 7-1, Plaintiff/Counter-Defendant MAF,

24

Inc. ("MAF"), and Defendant/Counterclaimant John Isaac a/k/a Jon Isaac ("Isaac" or together with

25

MAF, the "Parties"), by and through their respective counsel of record, stipulate, agree, and hereby

26

request that the Court enter an Order setting the briefing schedule contemplated herein with respect

27

to MAF's pending Motion for Summary Judgment (ECF No. 26).  This is the parties' third request

28

for an extension of briefing schedule on the Motion for Summary Judgment, and the request is based on the following:

1.     On February 21, 2023, Isaac propounded certain requests for production of documents and interrogatories on MAF;

2.     On February 22, 2023, MAF filed its Motion for Summary Judgment (ECF No. 26);

3.     On February 28, 2023, Isaac noticed the depositions of Michael Fusco and the FRCP 30(b)(6) designee(s) of MAF.  MAF also propounded certain requests for production of documents and interrogatories on Isaac this same day;

4.     On March 3, 2023, Isaac noticed the deposition of Louis Senerchia and issued a subpoena for such deposition;

5.     On March 7, 2023, DLA Piper LLP (US), MAF's then lead counsel, filed a Motion to Withdraw as Counsel (ECF No. 27);

6.     On March 9, 2023, the parties submitted a Stipulation and [Proposed] Order to Stay of Proceedings, Continue Case Deadlines, and to Extend Discovery (ECF No. 29), whereby they sought a stay of the action pending the resolution of the Motion to Withdraw as Counsel so that the parties could reschedule discovery deadlines for mutually agreeable dates once MAF secured alternative counsel and also sought an extension of briefing deadlines relating to the pending motion for summary judgment;

7.     On March 15, 2023, the Court issued an order vacating the pending briefing deadlines relating to the pending motion for summary judgment and directing the parties to submit a proposed briefing schedule as to the motion for summary judgment within seven days after the completion of the hearing before Magistrate Judge Cam Ferenbach on the Motion to Withdraw as Counsel and the parties' request for an extension of the discovery deadlines (ECF No. 32);

8.     On April 3, 2023, Magistrate Judge Ferenbach held a hearing where he granted the Motion to Withdraw as Counsel and continued the hearing with respect to the parties proposed discovery deadlines to afford MAF sufficient time to secure alternative counsel (ECF No. 33);

9.      On April 26, 2023, Magistrate Judge Ferenbach held a continued hearing on the parties' request for an extension of the discovery deadlines.  *See* ECF No. 34.  At that hearing, Magistrate Judge Ferenbach granted the parties' request to extend the discovery deadlines and ordered the parties to submit a proposed discovery plan and scheduling order as well as a proposed briefing schedule on the motion for summary judgment by May 3, 2023.  *Id.*

10.     On May 5, 2023, the Court approved the parties' Joint Stipulation to Extend Discovery Deadlines (Second Request).  *See* ECF No. 37.

11.     On May 15, 2023, the Court approved the parties' Joint Stipulation Setting Briefing Scheduling on Motion for Summary Judgment (Second Request).  *See* ECF No. 38.

12.     On June 16, 2023 MAF served responses to Isaac's First Set of Interrogatories and Requests for Production of Documents. Isaac also served responses to MAF's First Set of Interrogatories and Requests for Production of Documents, and First Supplement to Initial Disclosures.

13.     On June 27, 2023, MAF served supplemental responses to Isaac's First Set of Requests for Production of Documents and Second Supplement to Initial Disclosures.

14.     Lead counsel for Isaac recently stepped back from the full time practice of law, requiring the reassignment of this matter to new counsel within the firm.

15.     The parties have since met and conferred regarding the discovery deadlines and briefing schedule on the motion for summary judgment, and have agreed to extend the briefing schedule on the motion for summary judgment so that (1) Isaac's new counsel has sufficient time to become apprised of this matter, (2) the parties have an opportunity to engage in resolution discussions, and (3) certain discovery can be completed prior to the filing of a response to the motion for summary judgment.

Based on the foregoing, the parties respectfully request that the Court set the following briefing schedule on the Motion for Summary Judgment (ECF No. 26):

A.      Isaac shall have up to and including November 9, 2023 to file his Response to MAF's Motion for Summary Judgment;

1        B.     MAF shall have up to and including November 23, 2023 to file its Reply in support

2   of its Motion for Summary Judgment.

3                                                      Respectfully Submitted,

4   DATED this 10th day of August, 2023.

5   **GREENBERG TRAURIG, LLP**        **EVANS FEARS SCHUTTERT**

6                                                           **MCNULTY MICKUS**

7   */s/ Glenn F. Meier*                          */s/ Chad R. Fears*

    Glenn F. Meier, Esq. (SBN 6059)        Chad R. Fears, Esq. (SBN 6970)

8   Jerrell L. Berrios, Esq. (SBN 15504)     Hayley E. LaMorte (SBN 14241)

    0845 Griffith Peak Drive, Suite 600     6720 Via Austi Parkway, Suite 300

9   Las Vegas, NV 89135                     Las Vegas, NV 89119

10

11   *Attorneys for Defendant//Counterclaimant*    *Attorneys for Plaintiff/Counter-Defendant*

    *John Isaac*                               *MAF, Inc.*

12

13

14                                    **<u>ORDER</u>**

15        Based on the foregoing stipulation (ECF No. 41) of the parties and good cause appearing

16   therefore, IT IS HEREBY ORDERED that Isaac's Response to MAF's Motion for

17   Summary  Judgment (ECF No. 26) shall be filed and served on or before November 9, 2023.

18        IT IS FURTHER ORDERED that MAF's Reply in support of its Motion for Summary

19   Judgment shall be filed and served on or before November 23, 2023.

20                              **IT IS SO ORDERED.**

21

22

23                              Anne R. Traum

                              United States District Court Judge

24

25                              DATED: <u>August 11, 2023</u>

26

27

28