GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAF, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN ISAAC, A/K/A JON ISAAC,<br><br>    Defendant. | CASE NO.: 2:22-cv-01073-ART-VCF<br><br>**ORDER GRANTING (ECF No. 45)**<br><br>**STIPULATED REGARDING THE BRIEFING SCHEDULE RELATED TO MAF, INC.'S MOTION FOR SUMMARY JUDGMENT [ECF 26]**<br><br>**(Fourth Request)** |
| JOHN ISAAC, A/K/A JON ISAAC,<br><br>    Counterclaimant,<br><br>v.<br><br>MAF, INC.,<br><br>    Counter-Defendant. | |

Pursuant to Local Rules LR IA 6-1, LR IA 6-2, LR 7-1, Plaintiff/Counter-Defendant MAF, Inc. ("MAF"), and Defendant/Counterclaimant John Isaac a/k/a Jon Isaac ("Isaac" or together with MAF, the "Parties"), by and through their respective counsel of record, stipulate, agree, and hereby request that the Court enter an Order setting the briefing schedule contemplated herein with respect to MAF's pending Motion for Summary Judgment (ECF No. 26).  This is the parties' third request for an extension of briefing schedule on the Motion for Summary Judgment, and the request is based on the

1

ACTIVE 691449409v2

following:

1. On February 21, 2023, Isaac propounded certain requests for production of documents and interrogatories on MAF;

2. On February 22, 2023, MAF filed its Motion for Summary Judgment (ECF No. 26);

3. On February 28, 2023, Isaac noticed the depositions of Michael Fusco and the FRCP 30(b)(6) designee(s) of MAF.  MAF also propounded certain requests for production of documents and interrogatories on Isaac this same day;

4. On March 3, 2023, Isaac noticed the deposition of Louis Senerchia and issued a subpoena for such deposition;

5. On March 7, 2023, DLA Piper LLP (US), MAF's then lead counsel, filed a Motion to Withdraw as Counsel (ECF No. 27);

6. On March 9, 2023, the parties submitted a Stipulation and [Proposed] Order to Stay of Proceedings, Continue Case Deadlines, and to Extend Discovery (ECF No. 29), whereby they sought a stay of the action pending the resolution of the Motion to Withdraw as Counsel so that the parties could reschedule discovery deadlines for mutually agreeable dates once MAF secured alternative counsel and also sought an extension of briefing deadlines relating to the pending motion for summary judgment;

7. On March 15, 2023, the Court issued an order vacating the pending briefing deadlines relating to the pending motion for summary judgment and directing the parties to submit a proposed briefing schedule as to the motion for summary judgment within seven days after the completion of the hearing before Magistrate Judge Cam Ferenbach on the Motion to Withdraw as Counsel and the parties' request for an extension of the discovery deadlines (ECF No. 32);

8. On April 3, 2023, Magistrate Judge Ferenbach held a hearing where he granted the Motion to Withdraw as Counsel and continued the hearing with respect to the parties proposed discovery deadlines to afford MAF sufficient time to secure alternative counsel (ECF No. 33);

9. On April 26, 2023, Magistrate Judge Ferenbach held a continued hearing on the parties' request for an extension of the discovery deadlines.  *See* ECF No. 34.  At that hearing, Magistrate Judge Ferenbach granted the parties' request to extend the discovery deadlines and ordered the parties to

ACTIVE 691449409v2

submit a proposed discovery plan and scheduling order as well as a proposed briefing schedule on the motion for summary judgment by May 3, 2023.  *Id.*

10. On May 5, 2023, the Court approved the parties' Joint Stipulation to Extend Discovery Deadlines (Second Request).  *See* ECF No. 37.

11. On May 15, 2023, the Court approved the parties' Joint Stipulation Setting Briefing Scheduling on Motion for Summary Judgment (Second Request).  *See* ECF No. 38.

12. On June 16, 2023 MAF served responses to Isaac's First Set of Interrogatories and Requests for Production of Documents. Isaac also served responses to MAF's First Set of Interrogatories and Requests for Production of Documents, and First Supplement to Initial Disclosures.

13. On June 27, 2023, MAF served supplemental responses to Isaac's First Set of Requests for Production of Documents and Second Supplement to Initial Disclosures.

14. Lead counsel for Isaac previously stepped back from the full-time practice of law, requiring the reassignment of this matter to new counsel within the same firm.

15. On August 25, 2023, Isaac served his second supplemental document disclosures providing additional evidence documenting the extent of Isaac's claimed damages.

16. Following MAF's review of the documents provided in the second supplemental disclosures, counsel for the parties engaged in discussions regarding the posture of the case and whether it was ripe for resolution.  Counsel determined that in order to provide parties the appropriate information to meaningfully negotiate that Isaac would need to issue a 3rd party subpoena for the Chubb Insurance claim file regarding the insurance claim underlying the dispute between the parties (the "Chubb Claim File") and will also need to move forward with the deposition of Louis Senerchia.

17. The parties have since met and conferred regarding the discovery deadlines and briefing schedule on the motion for summary judgment, and have agreed to extend the briefing schedule on the motion for summary judgment so that (1) Isaac's counsel has the opportunity to obtain the Chubb Claim file, (2) the parties have an opportunity to complete the deposition of Louis Senerchia, and (3) the parties may engage in private settlement discussions and, if needed a settlement conference with the Court.

ACTIVE 691449409v2

Based on the foregoing, the parties respectfully request that the Court set the following briefing schedule on the Motion for Summary Judgment (ECF No. 26):

    A.    Isaac shall have up to and including January 9, 2024 to file his Response to MAF's Motion for Summary Judgment;

    B.    MAF shall have up to and including January 23, 2024 to file its Reply in support of its Motion for Summary Judgment.

Respectfully Submitted,

DATED this 9th day of November 2023.

**GREENBERG TAURIG, LLP**

*/s/ Glenn F. Meier*
MARK E. FERRARIO
Nevada Bar No. 1625
GLENN F. MEIER
Nevada Bar No. 6059
JERRELL L. BERRIOS
Nevada Bar No. 15504
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Jon Isaac*

DATED this 9th day of November 2023.

**EVANS FEARS & SCHUTTERT LLP**

*/s/ Chad R. Fears*
CHAD R. FEARS
Nevada Bar No. 6970
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89117

*Counsel for MAF, Inc.*

### ORDER

Based on the foregoing stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Isaac's Response to MAF's Motion for Summary Judgment (ECF No. 26) shall be filed and served on or before January 9, 2024.

IT IS FURTHER ORDERED that MAF's Reply in support of its Motion for Summary Judgment shall be filed and served on or before January 23, 2024.

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: November 14, 2023

4

ACTIVE 691449409v2