UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAF, INC., <br><br>                Plaintiff,<br>vs.<br><br>JOHN ISAAC, AKA JON ISAAC,<br><br>                Defendant.<br><br>JOHN ISAAC, AKA JON ISAAC,<br><br>                Counterclaimant,<br>v.<br><br>MAF, INC.<br><br>                Counter-Defendant. | Case No.:  2:22-cv-1073-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO**<br>**DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR I-A 6-2, and LR 7-1, MAF, Inc. and John Isaac, by and through their respective undersigned counsel, being the only parties who have made an appearance in this action and having reached an agreement to resolve all outstanding issues between them, hereby stipulate to DISMISS all remaining claims in the above-captioned matter WITH PREJUDICE.

ACTIVE 699558866v2

The Parties further stipulate and agree that each party shall bear its and his own respective attorneys' fees, costs, and expenses in connection with and related to the above-captioned matter.

DATED this 2nd day of July, 2024.                    DATED this 2nd day of July, 2024.

By: /s/ Alayne Opie                                              By: /s/ Chad Fears
Alayne Opie, Esq.                                                 Chad R. Fears, Esq.
Nevada Bar No. 12623                                         Nevada Bar No. 6970
GREENBERG TRAURIG, LLP                           Evans Fears Schuttert McNulty Mickus
10845 Griffith Peak Drive, Suite 600                   6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89135                                          Las Vegas, NV 89119

*Attorneys for Jon Isaac*                                         *Attorneys for MAF, Inc.*

**IT IS SO ORDERED**.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2024